Nicholas R. Kloeppel, CSB #186165
THE MITCHELL LAW FIRM, LLP
Attorneys at Law
814 Seventh Street
P. O. Drawer 1008
Eureka, CA 95502
Tel: (707) 443-5643
Fax: (707) 444-9586

Attorneys for Defendants
COUNTY OF HUMBOLDT


Matthew Pappas, CSB #171860
Grenville T. Pridham, CSB #120695
648 N. Tustin St., Suite D
Orange, CA 92867
Tel: (714) 486-5144

Attorneys for Plaintiff
REDWOODS SPIRITUAL HEALING MINISTRY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REDWOODS SPIRITUAL HEALING MINISTRY, a non-profit California religious corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBOLDT COUNTY, CA, a municipal government entity; CALIFORNIA DEPARTMENT OF FISH AND GAME, a state administrative agency; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. _19-cv-04293-HSG<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTION TO DISMISS** |

**IT IS HEREBY STIPULATED** by and between the parties, Plaintiff REDWOODS SPIRITUAL HEALING MINISTRY ("Plaintiff"), and Defendant HUMBOLDT COUNTY ("Defendant") through their respective attorneys as follows:

1. Defendant filed a Motion to Dismiss plaintiff's Complaint on August 9, 2019. A hearing date was set on the Motion for September 17, 2019, before the Honorable Robert M. Illman, US District Magistrate Judge.

2. Plaintiff's response to the Motion to Dismiss was due to the Court on August 23, 2019. No such response was filed.

3. On September 6, 2019, this case we reassigned to the Honorable Haywood S. Gilliam, US District Judge.

4. On September 10, 2019, defendant filed an Amended Notice of Hearing setting the Motion to Dismiss for hearing on January 23, 2020, the first available motion hearing date on the Court's calendar.

**THE PARTIES HEREBY STIPULATE THAT:**

The parties hereby stipulate and agree that any opposition to the Motion to Dismiss (ECF Doc. No. 11) shall be filed on or before October 24, 2019. Any reply thereto, shall be filed on or before November 25, 2019.

IT IS SO STIPULATED AND AGREED.

DATED: September 20, 2019         THE MITCHELL LAW FIRM, LLP

                                  By: /s/ Nicholas R. Kloeppel
                                      Nicholas R. Kloeppel
                                      Attorneys for Defendant COUNTY OF HUMBOLDT

DATED: September 20, 2019

                                  By: /s/ Matthew Pappas
                                      MATTHEW PAPPAS
                                      Attorneys for Plaintiff

DATED: September 20, 2019

                                  By: /s/ Grenville T. Pridham
                                      GRENVILLE T. PRIDHAM
                                      Attorneys for Plaintiff

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence in the filing of this document from all of the signatories for whom a signature is indicated by a "/s/" signature within this e-filed document and I have on file confirmation of this concurrence for subjection production for the court if so ordered.

DATED: September 20, 2019     THE MITCHELL LAW FIRM, LLP

By: /s/ *Nicholas R. Kloeppel*
Nicholas R. Kloeppel
Attorneys for Defendant COUNTY OF HUMBOLDT

## ORDER

The above stipulation is accepted and it is so ordered. Any opposition to the Motion to Dismiss (ECF Doc. No. 11) shall be filed on or before October 24, 2019. Any reply thereto, shall be filed on or before November 25, 2019.

DATED: 9/23/2019

*Haywood S. Gill, Jr.*
United States District Judge